1

2

3        **Entered on Docket**
         **December 08, 2009**

4                                                    _____
                                                     **Hon. Linda B. Riegle**
5                                                    **United States Bankruptcy Judge**

6

7
         WILDE & ASSOCIATES
8        Gregory L. Wilde, Esq.
         Nevada Bar No. 004417
9        208 South Jones Boulevard
         Las Vegas, Nevada 89107
10       Telephone:  702 258-8200
         bk@wildelaw.com
11       Fax:  702 258-8787

12
         and
13
         MARK S. BOSCO, ESQ.
14       Arizona Bar No. 010167
         TIFFANY & BOSCO, P.A.
15       2525 East Camelback Road, Suite 300
         Phoenix, Arizona 85016
16       Telephone: (602) 255-6000

17
         Deutsche Bank National Trust Company, as Trustee for HASCO Mortgage Pass-Through Certificates,
18       Series 2006-HE2.
         09-75840
19
                           **UNITED STATES BANKRUPTCY COURT**
20
                                    **DISTRICT OF NEVADA**
21

22
         In Re:                                  |  BK-S-09-24343-lbr
23
         Maria Y. Ayala                          |  Date:  11/12/09
24                                                |  Time: 10:30am
25
                                                  |  Chapter 7
26              Debtor.

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Deutsche Bank National Trust Company, as Trustee for HASCO Mortgage Pass-Through Certificates, Series 2006-HE2., its assignees and/or successors in interest, of the subject property, generally described as 5459 E. Washington Ave., Las Vegas, NV 89110.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors and Trustee at least five business days' notice of the time, place and date of sale.**

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**IT IS FURTHER ORDERED** that in the event a Notice of Default was recorded against this particular property prior to July 1, 2009, the Debtor(s) can promptly submit a copy of this Order to the State of Nevada, Foreclosure mediation Program and the Order will be construed as an agreement between the Secured Creditor and Debtor(s) that they have voluntarily agreed to a mediation under the Nevada State Foreclosure Mediation program pursuant to Rule 6 of said program. The necessary information can be accessed at "http://www.nevadajudiciary.us/"

DATED this _____ day of _____ 2009

Submitted by:
**WILDE & ASSOCIATES**

By /S/ GREGORY L. WILDE
_____
   **GREGORY L. WILDE, ESQ.**
   Attorney for Secured Creditor
   208 South Jones Boulevard
   Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
pro se
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
Lenard E Schwartzer
2850 S. Jones Blvd. #1
Las Vegas, NV  89146
Chapter 7 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_    The court waived the requirements of LR 9021.

\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

\_\_\_\_\_ approved the form of this order        \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or    __X__ failed to respond to the document

\_\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order        \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or    __X__ failed to respond to the document

Other Party:_____

\_\_\_\_ approved the form of this order        \_\_\_\_\_ disapproved the form of this order

\_\_\_\_\_ waived the right to review the order and/or    \_\_\_\_\_ failed to respond to the document

Breach Order:

\_\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:

 /s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor